JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD GYM INTERNATIONAL IP, LLC, a Delaware Limited Liability Company<br><br>    Plaintiff,<br><br>v.<br><br>FITNESS WORLDWIDE GYM LLC; and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO. 2:22-CV-06760<br><br>**ORDER OF DISMISSAL**<br><br>Judge: Hon. Stanley Blumenfeld, Jr. |

**ORDER OF DISMISSAL**

|   |   |
|---|---|
| 1 | **ORDER OF DISMISSAL** |
| 2 | The Court, having considered the parties' Joint Stipulation for Dismissal, |
| 3 | pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby |
| 4 | dismisses the above-entitled action without prejudice.  The Court hereby vacates all |
| 5 | dates and deadlines.  The Clerk of the Court shall close the case. |

**IT IS SO ORDERED.**

Dated: November 1, 2022

_____
Hon. Stanley Blumenfeld, Jr.
United States District Judge